In the Matter of CAROLANN BAKER, Respondent, v CHRISTOPHER BAKER, Appellant.

Submitted January 20, 2015; decided March 26, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.